JS - 6
**FILED: 5/17/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ted Lidgett, et al.,** | **CASE NO. CV 10-8300-GHK (MANx)** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **Bear Stearns Residential Mortgage Corporation, et al.,** | |
| Defendants. | |

Based on our April 15, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiffs Ted Lidgett and Lynne Heather Ristad's ("Plaintiffs") claim for violation of the Truth in Lending Act, which was asserted against Defendants Bear Stearns Residential Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., Bank of America, N.A., EMC Mortgage Corporation, and JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase (collectively, "Defendants"), is **DISMISSED with prejudice**, Plaintiffs' claim for violation of the Real Estate Settlement Procedures Act, which was asserted

1 | against Defendants, is **DISMISSED without prejudice**, and that Plaintiffs' claims under
2 | the California Rosenthal Act and for fraud are **DISMISSED without prejudice** pursuant
3 | to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

DATED: May 17, 2011

_____
GEORGE H. KING
United States District Judge